NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DENNIS JEROME CALLOWAY,            )
DOC# 144946,                       )
                                   )
            Appellant,             )
                                   )
v.                                 )
                                   )   Case Nos.  2D17-3096
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed February 16, 2018.

Appeal from the Circuit Court for Pinellas
County; William H. Burgess, III, Judge.

Dennis Jerome Calloway, pro se.


PER CURIAM.


            Affirmed.


VILLANTI, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.